October 10, 1966

## Bottone Appeal.

Argued June 21, 1966. *Sanfard S. Finder,* for appellant; *Harold V. Fergus,* District Attorney, for appellee.

The order of the court below is affirmed.

750

JACOBS and HOFFMAN, JJ., would remand this case to the court below with directions to conduct a prompt hearing and to enter an order which determines the custody of the children in light of their best interests.